**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MAKSIM SHAPASHNIKAU,** *Petitioner,* v. **TODD BLANCHE,** U.S. Attorney General; **MARKWAYNE MULLIN,** Secretary of Homeland Security; *and* **MARY DE ANDA-YBARRA,** Field Office Director for Enforcement and Removal Operations, *Respondents.* | § § § § § § § § § § § § | **EP-26-CV-00429-DCG** |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AS MOOT**

The government removed *pro se* Petitioner Maksim Shapashnikau from the United States on October 21, 2026.[1] This case is therefore moot.[2]

Accordingly, the Court **DISMISSES** the above-captioned case **WITHOUT PREJUDICE** as **MOOT**.[3]

The Court **DENIES** Petitioner's "Motion District Court" (ECF No. 16) and Petitioner's Motion to Amend Petition (ECF No. 17)[4] as **MOOT**.

The Court **CLOSES** the case.

---

[1] Suppl. Resp., ECF No. 21, at 1–2; Deportation Warrant, ECF No. 21-1, at 2.

[2] *See, e.g.*, *Maci v. Hable*, No. 1:19-cv-201, 2020 WL 4480869, at *3 (S.D. Tex. July 9, 2020) ("[The petitioner] filed a claim for habeas corpus, seeking immediate release from custody. [The petitioner] has since been removed from the United States. [The petitioner]'s removal from the United States mooted any habeas claim to relief." (citations omitted)), *report and recommendation accepted by* 2020 WL 4464712 (S.D. Tex. Aug. 4, 2020).

[3] *See, e.g.*, *Lamle v. Eads*, 134 F.4th 562, 566 (10th Cir. 2025) (noting that a dismissal on mootness grounds should be "without prejudice" "[b]ecause mootness is jurisdictional").

[4] The Court previously construed Petitioner's "Notice" (ECF No. 17) as a Motion to Amend Petition. *See* Order File Suppl. Resp, ECF No. 18, at 2.

**So ORDERED and SIGNED this 6th day of November 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**